McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Robert K. Landen, #149407
  *robert.landen@mccormickbarstow.com*
Chet Neilson, #267545
  *Chet.Neilson@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>PLANTRONICS, INC.,<br><br>Defendant. | Case No. 3:13-cv-05678-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The parties hereto, through their undersigned counsel, hereby stipulate as follows:

**Recitals**

The parties participated in a mediation on March 25, 2014 with Hon. Rebecca Westerfield (Ret.), during which a mediator's proposal was made. Declaration of James P. Wagoner ("Wagoner Decl."), ¶2. Both parties are actively considering the mediator's proposal, which will expire on April 8, 2014. Wagoner Decl., ¶3.

The Initial Case Management Conference ("CMC") is currently scheduled in the above-captioned matter for April 9, 2014 at 2:00 p.m. in Courtroom 9 of this Court. Wagoner Decl., ¶4; Docket No. 12. The parties have made one previous unsuccessful request to have the CMC continued. Wagoner Decl., ¶5; Docket No. 11. The current deadline for the parties to file their joint case

management conference statement is March 26, 2014.  Wagoner Decl., ¶6; Docket No. 9.

In light of the pending mediator's proposal, which expires the day before the currently scheduled Initial Case Management Conference, the parties desire to focus their resources and consideration on the proposal and further attempts to settle this dispute.  The parties believe that doing so will increase the likelihood that this matter will resolve through settlement prior to expiration of the mediator's proposal.  Wagoner Decl., ¶7.  Accordingly, the parties respectfully request that the Court 1) continue the CMC currently scheduled for April 9, 2014 to April 23, 2014; and 2) continue the deadline to file the joint case management conference statement from March 26, 2014 to April 9, 2014.

**Stipulation**

The parties hereby stipulate 1) that the CMC currently scheduled for April 9, 2014 may be continued to April 23, 2014; and 2) that the deadline to file the joint case management conference statement may be continued to April 9, 2014.

Dated:  March 26, 2014                          McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP


                                                By:_____
                                                         James P. Wagoner
                                                         Robert K. Landen
                                                         Chet Neilson
                                                Attorneys for Plaintiff THE INSURANCE
                                                    COMPANY OF THE STATE OF
                                                         PENNSYLVANIA


Dated:  March 26, 2014                          ADLESON, HESS & KELLY, APC


                                                By:_____
                                                         Randy M. Hess
                                                         Pamela A. Bower
                                                Attorneys for Defendant PLANTRONICS, INC.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1  **ORDER**

2  Pursuant to the parties' stipulation and supporting declaration, it is hereby ORDERED: 1) that
3  the Initial Case Management Conference currently scheduled in this matter for April 9, 2014 is
4  continued to April 23, 2014; and 2) that the deadline for the parties to file their joint case management
5  conference statement is continued to April 9, 2014.

6

7  Dated: April 1, 2014   _____
8  The Honorable Jon S. Tigar
   Judge, United States District Court

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE