McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Robert K. Landen, #149407
  *robert.landen@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>PLANTRONICS, INC.,<br><br>Defendant. | Case No. 3:13-cv-05678-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE STIPULATION OF DISMISSAL** |

The parties hereto, through their undersigned counsel, hereby stipulate as follows:

**Recitals**

On April 10, 2014, the parties advised the Court that they have settled this action. That same day, the Court ordered that, "[b]y May 26, 2014, the parties file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order."

Although the parties have agreed in principle to settle this action, the parties have not finalized the terms of the written settlement agreement. Without a finalized written settlement agreement, the parties will not be able to file a stipulation for dismissal by May 26, 2014. The parties anticipate that the written settlement agreement will be finalized and a stipulation for dismissal will be filed by June 10, 2014, the day before the case management conference scheduled in this action for June 11, 2014.

**Stipulation**

The parties hereby stipulate that the deadline to the stipulation for dismissal may be continued to June 10, 2014.

Dated: May 23, 2014         McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ James P. Wagoner
James P. Wagoner
Robert K. Landen
Attorneys for Plaintiff THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Dated: May 23, 2014         ADLESON, HESS & KELLY, APC

By: /s/ Pamela A. Bower
Randy M. Hess
Pamela A. Bower
Attorneys for Defendant PLANTRONICS, INC.

**ORDER**

Pursuant to the parties' stipulation, it is hereby ORDERED: that the deadline to the stipulation for dismissal may be continued to June 10, 2014.

Dated: May 23, 2014

IT IS SO ORDERED
Judge Jon S. Tigar
United States District Court

2940366.1

2
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE STIPULATION OF DISMISSAL