UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

        Plaintiff,

    v.

PLANTRONICS INC,

        Defendant.

Case No.  13-cv-05678-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: ECF No. 23

The parties stated on the record on April 10, 2014, that they have settled this action. See ECF No. 19.  Originally, the parties were to have filed a stipulation of dismissal by May 26, 2014. Id.  The parties requested a continuance of this deadline, which this Court granted, setting June 10, 2014 as the new deadline. Id.  The parties have again requested that this Court extend the deadline to file their stipulation of dismissal.  Id.  The Court GRANTS this continuance, but will grant no further continuances.  By July 22, 2014, the parties shall file a stipulation of dismissal.   Failure to comply with this deadline may result in sanctions.

The Case Management Conference set for June 11, 2014 at 2:00 p.m. is hereby VACATED.  The Court also hereby SETS a case management conference on July 23, 2014 at 2:00 p.m., which will be automatically vacated when the stipulation of dismissal is timely filed.

    **IT IS SO ORDERED**.

Dated: June 10, 2014

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California